**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-60506
_____

JOHNNY GEOTES, D.V.M.,

Plaintiff-Appellant,

VERSUS

MISSISSIPPI BOARD OF VETERINARY MEDICINE, ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(3:96-CV-834LN)
_____

November 13, 1998

Before WISDOM, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed on the basis of
its thorough opinion of May 13, 1997.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.